David Aronoff (125694)
daronoff@foxrothschild.com
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310.598.4150 | Facsimile: 310.556.9828

Attorneys for Defendants

Thomas H. Vidal (204432)
Kathy Polishuk (272008)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd., Ste. 2250
Los Angeles, CA 90036
Telephone: 310.300.2900 | Facsimile: 310.300.2901

Attorneys for Plaintiff, J. Raven

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. Raven, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Stefan Molyneux, an individual; Michael DeMarco AKA "MMD," an individual, LIVE DATA DESIGN CORP., a business entity of unknown form; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:14-cv-08288-CAS-(JCx)<br><br>**NOTICE OF SETTLEMENT; REQUEST FOR COURT TO RETAIN JURISDICTION FOR NOT MORE THAN 60 DAYS**<br><br>**Hon. Christina A. Snyder** |

NOTICE OF SETTLEMENT; REQUEST FOR COURT TO RETAIN JURISDICTION FOR 60 DAYS

NOTICE IS HEREBY GIVEN by counsel for parties that this entire action has been settled as to all parties.  Because certain terms of the Confidential Settlement Agreement are still executory, however, and will take at least several weeks to fully perform, the parties request the Court to retain jurisdiction of the matter for a period of not to exceed 60 days.  This will give sufficient time for the performance of the executory terms of the settlement, at which time the parties promptly will file their stipulation for dismissal with prejudice of the entire action.

Dated:  November 23, 2015			FOX ROTHSCHILD LLP


					By	*/s/David Aronoff*
						David Aronoff
						Attorneys for Defendants Stefan Molyneux and Live Data Design Corp.

Dated:  November 23, 2015			ABRAMS GARFINKEL MARGOLIS BERGSON, LLP


					By	*/s/Thomas Vidal*
						Thomas Vidal
						Attorney for Plaintiff J. Raven

### ATTESTATION

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 23, 2015			FOX ROTHSCHILD LLP


					By	*/s/ David  Aronoff*
						David Aronoff
						Attorneys for Defendants Stefan Molyneux and Live Data Design Corp.