1  David Aronoff (125694)
   daronoff@foxrothschild.com
2  **FOX ROTHSCHILD LLP**
   1800 Century Park East, Suite 300
3  Los Angeles, CA 90067-1506
   Telephone: 310.598.4150 | Facsimile: 310.556.9828
4
   Attorneys for Defendants
5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. Raven, an individual, | Case No.: 2:14-cv-08288-CAS-(JCx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | |
| Stefan Molyneux, an individual; Michael DeMarco AKA "MMD," an individual, LIVE DATA DESIGN CORP., a business entity of unknown form; and DOES 1 through 50, | Hon. Christina A. Snyder |
| Defendants. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1 | Plaintiff J. Raven and defendants Stefan Molyneux and Live Data Design
2 | Corp., hereby submit their Stipulation for Dismissal with prejudice of entire action
3 | pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
4 | The parties have entered into a written confidential settlement agreement
5 | resolving the dispute in the above-entitled action.  Having reached an amicable
6 | settlement of this matter, the parties hereby stipulate and agree that this action shall
7 | hereby be dismissed in its entirety and with prejudice as to all parties.  Each of the
8 | parties will bear its own costs and attorneys' fees.

Dated:  November 23, 2015          FOX ROTHSCHILD LLP

By  /s/David Aronoff
David Aronoff
Attorneys for Defendants Stefan Molyneux
and Live Data Design Corp.

Dated:  November 23, 2015          ABRAMS GARFINKEL MARGOLIS
BERGSON, LLP

By  _____
Thomas Vidal
Attorneys for Plaintiff J. Raven

---

1
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION