1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. RAVEN, an individual, | Case No.: 2:14-cv-08288-CAS-(JCx) |
| Plaintiff, | Hon. Judge Christina A. Snyder |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| STEFAN MOLYNEAUX, an individual; MICHAEL DeMARCO aka "MMD," an individual, LIVE DATA DESIGN CORP., a business entity of unknown form; and DOES 1 through 50, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**

# ORDER

Based on the stipulation of the parties filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and good cause appearing,

IT IS HEREBY ORDERED as follows,

The Court dismisses this action in its entirety as to all parties, and said dismissal is with prejudice.

Each party is to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Date: December 10, 2015

_____
Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE